## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

**MERVIN B. STURGEON,**
**on behalf of himself and other similarly situated,**

         **Plaintiffs,**

**v.**                                               **Civil Action No. 5:20-cv-192**

**CITY MANAGER ROBERT HERRON,**
**individually and in his official capacity,**
**THE CITY OF WHEELING, and its division,**
**THE WHEELING POLICE DEPARTMENT,**
**And the WEST VIRGINIA DIVISON OF**
**HIGHWAYS, an agency of the**
**WEST VIRGINIA DEPARTMENT OF**
**TRANSPORTATION**

         **Defendants.**

## STATUS REPORT PURSUANT TO COURT ORDER

COMES NOW the Plaintiff, Mervin Sturgeon, by his counsel and provides this status report, pursuant to the Court's order of October 13, 2020.

Defendant has answered the complaint.

Plaintiff's counsel seeks an additional 14 days to connect with Plaintiff to discuss the status of the case with him.

                                Respectfully submitted,

                                by Counsel,

                                /s/ Timothy F. Cogan

Loree Stark, WV State Bar No. 12936
ACLU of West Virginia Foundation
P.O. Box 3952
Charleston, WV 25339-3952
(914) 393-4614 / (304) 345-0207 (f)
lstark@acluwv.org

Patrick S.  Cassidy, WV State Bar No. 671
Timothy F.  Cogan, WV State Bar No. 764
Cassidy, Cogan, Shapell and Voegelin, LC,
The First State Capitol,
1413 Eoff Street,
Wheeling, West Virginia, 26003
pcassidy@walslaw.com
tfc@walslaw.com

*Counsel for  Plaintiff*

[00181493.1]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**MERVIN B. STURGEON,**
**on behalf of himself and other similarly situated,**

           **Plaintiffs,**

**v.**                                    **Civil Action No. 5:20-cv-192**

**CITY MANAGER ROBERT HERRON,**
**individually and in his official capacity,**
**THE CITY OF WHEELING, and its division,**
**THE WHEELING POLICE DEPARTMENT,**
**And the WEST VIRGINIA DIVISON OF**
**HIGHWAYS, an agency of the**
**WEST VIRGINIA DEPARTMENT OF**
**TRANSPORTATION**

           **Defendants.**

## CERTIFICATE OF SERVICE

I, Timothy Cogan, do hereby certify that on this 27th day of October, 2020, I electronically filed a true and exact copy of **Status Report Pursuant to Court Order** with the Clerk of Court using the CM/ECF System and emailed the same to:

Robert Herron, City Manager
citymanager@wheelingwv.gov

Rosemary Humway-Warmuth, Esq., Wheeling City Solicitor
rhwarmuth@wheelingwv.gov

/s/ Timothy F. Cogan
Patrick S. Cassidy, WV State Bar No. 671
Timothy F. Cogan, WV State Bar No. 764
Cassidy, Cogan, Shapell and Voegelin, LC,
The First State Capitol,

[00181493.1]

1413 Eoff Street,
Wheeling, West Virginia, 26003
pcassidy@walslaw.com
tfc@walslaw.com

[00181493.1]