## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**MERVIN B. STURGEON,** on behalf of
himself and others similarly situated,

        Plaintiff,

v.                                            **Civil Action No. 5:20-CV-192**
                                                    Judge Bailey

**CITY MANAGER ROBERT HERRON,**
individually and in his official capacity,
**THE CITY OF WHEELING,** its division,
**THE WHEELING POLICE DEPARTMENT,**
**THE WEST VIRGINIA DIVISION OF HIGHWAYS,**
an agency of the West Virginia Department of
Transportation,

        Defendants.

### ORDER DISMISSING CASE

Counsel for plaintiff has notified this Court of a voluntary dismissal against all defendants in the above-styled action. Accordingly, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

DATED: November 18, 2020.

                                                                               **JOHN PRESTON BAILEY**
                                                                               **UNITED STATES DISTRICT JUDGE**